UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JAMES THURMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:23-CV-00033-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| MR. MIKE MONILLIE and MISS MIKE MONILLIE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Order and Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 4]. In the R&R, the magistrate judge denied Plaintiff's Motion to Proceed In Forma Pauperis [Doc. 2], assessed the filing fee of $402.00, and recommended that the case be dismissed within thirty days of the R&R if the filing fee is not paid. The parties did not file objections to the R&R.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 4] is **ADOPTED**, and Plaintiff's Motion to Proceed In Forma Pauperis [Doc. 2] is **DENIED**. If Plaintiff fails to pay the filing fee on or before **May 10, 2023**, the case will be dismissed.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).